COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-03-047-CR

2-03-048-CR

2-03-049-CR

RODNEY BYRON BACCUS   APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY 
CRIMINAL COURT NO. 10 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant's request to dismiss his appeals.  The request complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this request, we grant the request and dismiss these appeals. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: DAY, LIVINGSTON, and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

[DELIVERED MARCH 6, 2003]

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.